

# THE THIRTEENTH COURT OF APPEALS

13-24-00051-CV

Swan Point Landing Community Association, Inc. and Swan Point Landing, LLC
v.
Christopher T. Martin, Chris and Deb Martin Rental, LLC, 336 Bayside Drive, LLC, 387 Bayside Drive, LLC, and 553 Bayside Drive, LLC

On Appeal from the
24th District Court of Calhoun County, Texas
Trial Court Cause No. 2021-CV-4324-DC

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, reversed and rendered in part, and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART, and REVERSED and RENDERED IN PART, AND REVERSED AND REMANDED IN PART, in accordance with its opinion. Costs of the appeal are adjudged 50% against appellants and 50% against appellees.

We further order this decision certified below for observance.

May 29, 2025